## IN THE SUPREME COURT OF THE STATE OF NEVADA

BEST INVESTMENTS LLC, SERIES 4,
A NEVADA LIMITED LIABILITY
COMPANY,

          Appellant,

vs.

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE, IN TRUST ON BEHALF
OF THE JPMAC 2006-CWI TRUST,

          Respondent.

No. 77761

**FILED**

SEP 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY \_\_\_S. Young\_\_\_
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Mark B. Bailus, District Judge
        Hong & Hong
        Wright, Finlay & Zak, LLP/Las Vegas
        Eighth District Court Clerk

19-37883